UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES JAMES WILLIAMS,<br><br>                       Petitioner,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                       Respondent. | Case No. C11-2094-RSM<br>       (CR07-380-RSM)<br><br>ORDER DENYING § 2255 MOTION |

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, Petitioner's objections thereto, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Dkt. No. 6) is DENIED and this action is DISMISSED with prejudice.

    (3)    In accordance with Rule 11 of the Rules Governing Section 2255 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DENYING § 2255 MOTION
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 25th day of January 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION
PAGE - 2